# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3215
_____

TAYCHIANNA FIGUEORA, as
Personal Representative of The
Estate of K.W.H.,

Petitioner,

v.

CELESTE GOMES D/B/A CELESTE'S
PET SPA, LIVE OAK SHOPPES
GROUP LLC, AMERICAN
COMMERCIAL REALTY CORP.,
and, NORTHWOOD PLAZA
MANAGER LLC,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


January 27, 2025


PER CURIAM.

DISMISSED.

NORDBY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jordan Redavid of Fischer Redavid PLLC, Hollywood, for Petitioner.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for Respondents.